Marc V. Kalagian
Attorney At Law: 4460
Law Offices Of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, Ca 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-Mail: Rohlfing.Office@Rohlfinglaw.Com

Leonard Stone
Attorney At Law:  5791
Shook & Stone
Attorney At Law:
710 South 4th Street
Las Vegas, Nv 89101
Tel.: (702) 385-2220
Fax:  (702) 384-0394
E-Mail:  Cbrown@Shookandstone.Com
TORRANCE CARR

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TORRANCE CARR | Case No.: 2:20-cv-01009-BNW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND OR REVERSAL |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Torrance Carr and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from January 1, 2021 to January

-1-

29, 2021 for Plaintiff to file a Motion for remand or reversal, with all other dates in the Court's scheduling order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel had an unexpected death in the family.

DATE: December 23, 2020        Respectfully submitted,

                                          LAW OFFICES OF LAWRENCE D. ROHLFING

                                          /s/ *Marc V. Kalagian*

                          BY: _____

                                          Marc V. Kalagian

                                          Attorney for plaintiff Torrance Carr

DATE: December 23, 2020        NICHOLAS A. TRUTANICH

                                          United States Attorney

                                          /s/ *Allison J. Cheung*

                          BY: _____
                                          Allison J. Cheung
                                          Special Assistant United States Attorney
                                          Attorneys for defendant Andrew Saul
                                          Commissioner of Social Security
                                          |*authorized by e-mail|

                                            ORDER

**IT IS SO ORDERED**

**DATED:** 2:37 pm, January 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**