NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TORRANCE CARR,<br><br>     Plaintiff,<br><br>     v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:20-cv-01009-BNW<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.

//

//

//

1         The parties further request that the Clerk of the Court be directed to enter a final judgment in

2  favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

3

4  Dated: February 8, 2021                Respectfully submitted,

5                              ROHLFING & KALAGIAN, LLP

6                              */s/ Marc V. Kalagian*
                                MARC V. KALAGIAN

7                              (*as authorized via email on February 8, 2021)
                              Attorney for Plaintiff

8

9  Dated: February 8, 2021                Respectfully submitted,

10

11                             NICHOLAS A. TRUTANICH
                             United States Attorney

12                             */s/ Allison J. Cheung*
                             ALLISON J. CHEUNG

13                             Special Assistant United States Attorney
                             Attorneys for Defendant

14

15  IT IS ORDERED that the parties' stipulation at ECF No. 25 is GRANTED, IT IS FURTHER
     ORDERED that the motion to remand at ECF No. 24 is DENIED as moot.

16                             **IT IS SO ORDERED**

17                             **DATED:** 12:25 pm, February 16, 2021

18

19

20                             **BRENDA WEKSLER**
                             **UNITED STATES MAGISTRATE JUDGE**

21

22

23

24

25

26